UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIGISMONDO G. LOVERME | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 1880 (PCD) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION | : | |
| and AMERICAN FINANCIAL GROUP, | : | FELA HEARING LOSS CASE - MAY BE |
| INC., f/k/a AMERICAN PREMIER | : | FILED IN NEW HAVEN AS ORDERED BY |
| UNDERWRITERS, INC., f/k/a PENN | : | MAGISTRATE JUDGE MARGOLIS |
| CENTRAL CORPORATION | : | |
| | : | JANUARY 19, 2005 |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 19, 2005

                                        Susan B. Parzymieso, Esq.  (CT 25301)
                                        Ryan, Ryan, Johnson & Deluca, LLP
                                        80 Fourth Street, P.O. Box 3057
                                        Stamford, CT   06905
                                        Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Sigismondo G. LoVerme

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.146\appearsbp.wpd
205.146